United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Walter E. Alexander, II  
Melanie M. Alexander  
    Debtor(s)

Case No. 20-02507-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Dec 04, 2020      Form ID: ntcnfhrg      Total Noticed: 41

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Walter E. Alexander, II, Melanie M. Alexander, 613 Richfield Drive, Lebanon, PA 17042-8891 |
| aty | + | Leah M. Stump-Lesley, Harold Shepley & Associates, LLC, 3115 N. Front Street, Harrisburg, PA 17110, UNITED STATES 17110-1310 |
| 5353428 | + | Aes Members 1st FCU, Attn: Bankruptcy, PO Box 40, Mechanicsburg, PA 17055-0040 |
| 5353430 | + | Apex Asset Management, 2501 Oregon Pike, Suite 201, Lancaster, PA 17601-4890 |
| 5353431 | + | Ashford University, 8620 Spectrum Center Blvd., San Diego, CA 92123-1427 |
| 5353433 | | CBCS, P.O. Box 2724, Columbus, OH 43216-2724 |
| 5353436 | + | Commercial Acceptance Company, 2300 Gettysburg Road, Suite 102, Camp Hill, PA 17011-7303 |
| 5353437 | + | Complete Collection Services, 1007 N Federal NHY #280, Fort Lauderdale, FL 33304-1422 |
| 5353438 | + | Continental Service Group, 200 CrossKeys Office Park, Fairport, NY 14450-3510 |
| 5353439 | | FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 5353442 | + | Lancaster Cancer Center, 1858 Charter Ln #202, Lancaster, PA 17601-6743 |
| 5353443 | | Lancaster Emergency Associates, Po Box 417113, Boston, MA 02241-7113 |
| 5353444 | + | Lancaster General Health, 1701 Cornwall Rd., Lebanon, PA 17042-7480 |
| 5353445 | + | Lebanon Imaging Assoc, 2 Meridian Blvd, 3rd Floor, Reading, PA 19610-3202 |
| 5353446 | + | Lebanon Internal Medicine, 755 Norman Drive, Lebanon, PA 17042-3704 |
| 5353447 | + | Lendmark Financial Services, 1735 North Brown Road, Suite 300, Lawrenceville, GA 30043-8228 |
| 5353450 | + | MRI Group, 730 Eden Rd, Lancaster, PA 17601-4725 |
| 5353449 | + | Midland Mortgage, P.O. Box 268806, Oklahoma City, OK 73126-8806 |
| 5353453 | | Neurology and Stroke Associates, 640 E> Oregon Rd, Lititz, PA 17543 |
| 5353454 | | Nissan Motor Acceptance Corporation, P.O. Box 740849, Cincinnati, OH 45274-0849 |
| 5353455 | | Peerless Credit Services, Inc., P.O. Box 518, Middletown, PA 17057-0518 |
| 5353456 | | Radiologybill, Po Box 786, Richmond, IN 47375-0786 |
| 5353461 | | WellSpan Health, PO Box 742641, Cincinnati, OH 45274-2641 |
| 5353462 | + | West Virginia University, 62 Morrill Way, Morgantown, WV 26505-1130 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 04 2020 19:32:34 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5353427 | + | Email/Text: amscbankruptcy@adt.com | Dec 04 2020 19:12:00 | ADT Security Systems, 3190 S. Vaughn Way, Aurora, CO 80014-3512 |
| 5353429 | | Email/Text: ally@ebn.phinsolutions.com | Dec 04 2020 19:11:00 | Ally Financial, Attn: Bankruptcy, PO Box 9001951, Louisville, KY 40290-1951 |
| 5353432 | | Email/Text: bankruptcy@bbandt.com | Dec 04 2020 19:12:00 | BB&T, Attn: Bankruptcy, PO Box 1847, Wilson, NC 27894 |
| 5353434 | + | Email/Text: bankruptcynotices@cbecompanies.com | Dec 04 2020 19:12:00 | CBE Group, Inc., 1309 Technology Parkway, Cedar Falls, IA 50613-6976 |
| 5353435 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 04 2020 19:12:00 | Comenity Bank, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5353440 | + | Email/Text: bknotices@financesysteminc.com | Dec 04 2020 19:12:00 | Finance System Inc, Attn: Bankruptcy, 5703 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | National Rd. East, PO Box 786, Richmond, IN 47374-2619 |
| 5353441 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 04 2020 19:11:00 | Kohls/Capital One, Kohls Credit, P.O. Box 3043, Milwaukee, WI 53201-3043 |
| 5371852 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 04 2020 19:31:26 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5353448 | + | Email/Text: unger@members1st.org | Dec 04 2020 19:12:00 | Members First Federal Credit Union, P.O. Box 40, Mechanicsburg, PA 17055-0040 |
| 5353451 | | Email/Text: Bankruptcies@nragroup.com | Dec 04 2020 19:12:00 | National Recovery Agency, P.O. Box 67015, Harrisburg, PA 17106-7015 |
| 5353452 | | Email/PDF: pa_dc_claims@navient.com | Dec 04 2020 19:33:36 | Navient, P.O. Box 9500, Wilkes Barre, PA 18773-9500 |
| 5353457 | + | Email/Text: David@DavidRosenLegal.com | Dec 04 2020 19:12:00 | Rosen Legal, LLC, 303 Wyman Street, Suite 300, Waltham, MA 02451-1255 |
| 5353458 | | Email/Text: credit@snhu.edu | Dec 04 2020 19:11:00 | Southern New Hampshire University, 2500 N. River Rd., Hooksett, NH 03106 |
| 5353761 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 04 2020 19:31:11 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5353459 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 04 2020 19:33:18 | Synchrony Bank/Amazon, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 5353460 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 04 2020 19:32:14 | Synchrony Bank/Lowes, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 06, 2020           Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Leah M Stump | |

| | |
|---|---|
| | on behalf of Attorney Leah M. Stump-Lesley lstump@shepleylaw.com |
| Leah M Stump | on behalf of Debtor 1 Walter E. Alexander II lstump@shepleylaw.com |
| Leah M Stump | on behalf of Debtor 2 Melanie M. Alexander lstump@shepleylaw.com |
| Rebecca Ann Solarz | on behalf of Creditor MidFirst Bank bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Walter E. Alexander II,
aka Walter E. Alexander,

**Debtor 1**

Melanie M. Alexander,

**Debtor 2**

Chapter 13

Case No. 1:20−bk−02507−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**January 6, 2021** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court The hearing will be held telephonically, using CourtCall. Please contact them, at 866−582−6878, no later than 24 hours, before your hearing. | Date: January 13, 2021<br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: MichaelMcHugh, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: December 4, 2020 |

ntcnfhrg (03/18)