# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Walter E. Alexander Jr.<br>Melanie A. Alexander,<br>    Debtors. | Chapter 7<br><br>Bankruptcy No.: 1:20-bk-02507 |

## CERTIFICATION OF SERVICE

    I, Leah M. Stump-Lesley, certify that under penalty of perjury that I served the following documents, Order Confirmation Chapter 13 Plan, on the parties listed below by either electronic notification or first-class mail postage prepaid:

Date: January 19, 2021

/s/ Leah M. Stump-Lesley, Esq.
Leah M. Stump-Lesley, Esq.
PA Bar ID No. 93211
Harold Shepley & Associates, LLC
3115 N. Front Street
Harrisburg, PA  17110
Phone: (717) 692-5533

[PARTIES SERVED]

Charles J. DeHart III, Trustee (electronic)
8125 Adams Drive, Suite A
Hummelstown, PA  17036

Office of the United States Trustee (electronic)
228 Walnut Street, Suite 1190
Harrisburg, PA  17109

| | | |
|---|---|---|
| WALTER E. ALEXANDER, II<br>MELANIE M. ALEXANDER<br>613 RICHFIELD DRIVE<br>LEBANON, PA 17042 | COMENITY BANK<br>ATTN: BANKRUPTCY<br>PO BOX 182125<br>COLUMBUS, OH 43218 | LANCASTER GENERAL HEALTH<br>1701 CORNWALL RD.<br>LEBANON, PA 17042 |
| (illegible) | COMMERCIAL ACCEPTANCE COMPANY<br>2300 GETTYSBURG ROAD<br>SUITE 102<br>CAMP HILL, PA 17011 | LEBANON IMAGING ASSOC<br>2 MERIDIAN BLVD<br>3RD FLOOR<br>READING, PA 19610 |
| ADT SECURITY SYSTEMS<br>3190 S. VAUGHN WAY<br>AURORA, CO 80014 | COMPLETE COLLECTION SERVICES<br>1007 N FEDERAL NHY #280<br>FORT LAUDERDALE, FL 33304 | LEBANON INTERNAL MEDICINE<br>755 NORMAN DRIVE<br>LEBANON, PA 17042 |
| AES MEMBERS 1ST FCU<br>ATTN: BANKRUPTCY<br>PO BOX 40<br>MECHANICSBURG, PA 17055 | CONTINENTAL SERVICE GROUP<br>200 CROSSKEYS OFFICE PARK<br>FAIRPORT, NY 14450 | LENDMARK FINANCIAL SERVICES<br>2118 USHER STREET, NW<br>COVINGTON, GA 30014 |
| ALLY FINANCIAL<br>ATTN: BANKRUPTCY<br>PO BOX 130424<br>SAINT PAUL, MN 55110-0004 | FEDLOAN SERVICING<br>P.O. BOX 69184<br>HARRISBURG, PA 17106-9184 | MEMBERS FIRST FEDERAL CRED<br>5000 LOUISE DRIVE<br>MECHANICSBURG, PA 17055 |
| APEX ASSET MANAGEMENT<br>2501 OREGON PIKE<br>SUITE 201<br>LANCASTER, PA 17601 | FINANCE SYSTEM INC<br>ATTN: BANKRUPTCY<br>5703 NATIONAL RD. EAST, PO BOX 786<br>RICHMOND, IN 47374 | MIDLAND MORTGAGE<br>P.O. BOX 268806<br>OKLAHOMA CITY, OK 73126 |
| ASHFORD UNIVERSITY<br>8620 SPECTRUM CENTER BLVD.<br>SAN DIEGO, CA 92123 | KML LAW GROUP<br>ATTN: REBECCA SOLARZ<br>SUITE 5000 - BNY INDEPENDENCE CENTER<br>PHILADELPHIA, PA 19106 | MRI GROUP<br>730 EDEN RD<br>LANCASTER, PA 17601 |
| BB&T<br>ATTN: BANKRUPTCY<br>PO BOX 1847<br>WILSON, NC 27894 | KOHLS PERITUS PORTFOLIO SERVICES<br>KOHLS CREDIT<br>P.O. BOX 141509<br>IRVING, TX 75014 | NATIONAL RECOVERY AGENCY<br>P.O. BOX 67015<br>HARRISBURG, PA 17106-7015 |
| CBCS<br>P.O. BOX 2724<br>COLUMBUS, OH 43216-2724 | LANCASTER CANCER CENTER<br>1858 CHARTER LN #202<br>LANCASTER, PA 17605 | NAVIENT<br>P.O. BOX 9500<br>WILKES BARRE, PA 18773-9500 |
| CBE GROUP, INC.<br>1309 TECHNOLOGY PARKWAY<br>CEDAR FALLS, IA 50613 | LANCASTER EMERGENCY ASSOCIATES<br>PO BOX 417113<br>BOSTON, MA 02241-7113 | NEUROLOGY AND STROKE ASSO<br>640 E> OREGON RD<br>LITITZ, PA 17543 |

NISSAN MOTOR ACCEPTANCE CORPORATION
P.O. BOX 740849
CINCINNATI, OH 45274-0849

WEST VIRGINIA UNIVERSITY
62 MORRILL WAY
MORGANTOWN, WV 26505

PEERLESS CREDIT SERVICES, INC.
P.O. BOX 518
MIDDLETOWN, PA 17057-0518

PRA RECEIVABLES MANANGEMENT, LLC
PO BOX 41021
NORFOLK, VA 23541

RADIOLOGYBILL
PO BOX 786
RICHMOND, IN 47375-0786

RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE, SC 29603-0587

ROSEN LEGAL, LLC
303 WYMAN STREET, SUITE 300
WALTHAM, MA 02451

SOUTHERN NEW HAMPSHIRE UNIVERSITY
2500 N. RIVER RD.
HOOKSETT, NH 03106

SYNCHRONY BANK/AMAZON
ATTN: BANKRUPTCY DEPARTMENT
PO BOX 965060
ORLANDO, FL 32896

SYNCHRONY BANK/LOWES
ATTN: BANKRUPTCY DEPARTMENT
PO BOX 965060
ORLANDO, FL 32896

WELLSPAN HEALTH
PO BOX 742641
CINCINNATI, OH 45274-2641