# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re: Walter E Alexander, Jr
    Melanie M Alexander

Case No.: 1-20-02507 HWV

Chapter 13

**Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

### PART 1: MORTGAGE INFORMATION

| | |
|---|---|
| Creditor Name: | Midfirst |
| Court Claim Number: | 11 |
| Last Four of Loan Number: | 8183 |
| Property Address if applicable: | 613 Richfield Dr |

### PART 2: CURE AMOUNT

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $18,674.30 |
| b. | Prepetition arrearages paid by the trustee: | $18,674.30 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearage paid by the trustee: | $0.00 |
| g. | Total b, d, and f: | $18,674.30 |

### PART 3: POSTPETITION MORTGAGE PAYMENT

| | |
|---|---|
| Mortgage was paid through the Trustee from November 2020 through Oct 2025 | |
| Current monthly mortgage payment: | $1,605.87 |
| The next post-petition payment was due on: | November 2025 |

### PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the

default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Date: November 26, 2025                                        Respectfully submitted,


                                                               /s/ Jack N. Zaharopoulos
                                                               Standing Chapter 13 Trustee
                                                               Suite A, 8125 Adams Drive
                                                               Hummelstown, PA  17036
                                                               Phone:  (717) 566-6097
                                                               Fax:  (717) 566-8313
                                                               email:  info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re: Walter E Alexander, Jr
    Melanie M Alexander

Case No.: 1-20-02507 HWV

Chapter 13

**Debtor(s)**

**CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on November 26, 2025, I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Leah M Stump, Esq
3115 North Front St
Harrisburg PA 17110

**Served by First Class Mail**
Midfirst Bank
999 NW Grand Blvd Suite 100
Oklahoma City OK 73118

Walter E Alexander, Jr
Melanie M Alexander
613 Richfield Dr 17042

I certify under penalty of perjury that the foregoing is true and correct.

Date: November 26, 2025

/s/ Liz Joyce
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

# Disbursements for Claim

**Case:** 20-02507      **WALTER E. ALEXANDER, II**

**MIDFIRST BANK**
999 N.W. GRAND BLVD
SUITE 100
OKLAHOMA CITY, OK   73

Sequence: 07
Modify:
Filed Date:
Hold Code:

Acct No: 8183

| | | | | Debt: | $92,902.10 | Interest Paid: | $0.00 |
|---|---|---|---|---|---|---|---|
| Amt Sched: | | $0.00 | | | | Accrued Int: | $0.00 |
| Amt Due: | $1,605.87 | | | Paid: | $92,902.10 | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | DisbDescrp | |
| **5010** | **MIDFIRST BANK** | | | | | | | |
| 501-0 | MIDFIRST BANK | | 10/10/2025 | 2052517 | $1,605.87 | $0.00 | $1,605.87 | |
| | | | | | | | Payment for 10/2025 | |
| 501-0 | MIDFIRST BANK | | 09/16/2025 | 2051604 | $1,605.87 | $0.00 | $1,605.87 | 09/30/2025 |
| | | | | | | | Payment for 9/2025 | |
| 501-0 | MIDFIRST BANK | | 08/18/2025 | 2050639 | $1,577.81 | $0.00 | $1,577.81 | 08/26/2025 |
| | | | | | | | Payment for 8/2025 | |
| 501-0 | MIDFIRST BANK | | 07/22/2025 | 2049673 | $1,577.81 | $0.00 | $1,577.81 | 07/31/2025 |
| | | | | | | | Payment for 7/2025 | |
| 501-0 | MIDFIRST BANK | | 06/17/2025 | 2048683 | $1,577.81 | $0.00 | $1,577.81 | 06/26/2025 |
| | | | | | | | Payment for 6/2025 | |
| 501-0 | MIDFIRST BANK | | 05/14/2025 | 2047718 | $1,577.81 | $0.00 | $1,577.81 | 05/22/2025 |
| | | | | | | | Payment for 5/2025 | |
| 501-0 | MIDFIRST BANK | | 04/14/2025 | 2046780 | $1,577.81 | $0.00 | $1,577.81 | 04/21/2025 |
| | | | | | | | Payment for 4/2025 | |
| 501-0 | MIDFIRST BANK | | 03/18/2025 | 2045889 | $1,577.81 | $0.00 | $1,577.81 | 03/27/2025 |
| | | | | | | | Payment for 3/2025 | |
| 501-0 | MIDFIRST BANK | | 02/19/2025 | 2044945 | $1,577.81 | $0.00 | $1,577.81 | 03/10/2025 |
| | | | | | | | Payment for 2/2025 | |
| 501-0 | MIDFIRST BANK | | 01/15/2025 | 2043996 | $1,577.81 | $0.00 | $1,577.81 | 02/04/2025 |
| | | | | | | | Payment for 1/2025 | |
| 501-0 | MIDFIRST BANK | | 12/17/2024 | 2043041 | $1,577.81 | $0.00 | $1,577.81 | 12/26/2024 |
| | | | | | | | Payment for 12/2024 | |
| 501-0 | MIDFIRST BANK | | 11/19/2024 | 2042117 | $1,577.81 | $0.00 | $1,577.81 | 11/29/2024 |
| | | | | | | | Payment for 11/2024 | |
| 501-0 | MIDFIRST BANK | | 10/23/2024 | 2041129 | $1,577.81 | $0.00 | $1,577.81 | 10/30/2024 |
| | | | | | | | Payment for 10/2024 | |
| 501-0 | MIDFIRST BANK | | 09/17/2024 | 2040133 | $1,539.44 | $0.00 | $1,539.44 | 09/25/2024 |
| | | | | | | | Payment for 8/2024 | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled DisbDescrp |
|---|---|---|---|---|---|---|---|---|
| 501-0 | MIDFIRST BANK | | 09/17/2024 | 2040133 | $1,577.81 | $0.00 | $1,577.81 | 09/25/2024 |
| | | | | | | | | Payment for 9/2024 |
| 501-0 | MIDFIRST BANK | | 08/07/2024 | 2039128 | $1,539.44 | $0.00 | $1,539.44 | 08/14/2024 |
| | | | | | | | | Payment for 7/2024 |
| 501-0 | MIDFIRST BANK | | 06/18/2024 | 2037441 | $1,539.44 | $0.00 | $1,539.44 | 06/27/2024 |
| | | | | | | | | Payment for 6/2024 |
| 501-0 | MIDFIRST BANK | | 05/22/2024 | 2036520 | $1,539.44 | $0.00 | $1,539.44 | 05/31/2024 |
| | | | | | | | | Payment for 5/2024 |
| 501-0 | MIDFIRST BANK | | 04/17/2024 | 2035517 | $1,539.44 | $0.00 | $1,539.44 | 04/24/2024 |
| | | | | | | | | Payment for 4/2024 |
| 501-0 | MIDFIRST BANK | | 03/14/2024 | 2034551 | $1,539.44 | $0.00 | $1,539.44 | 03/29/2024 |
| | | | | | | | | Payment for 3/2024 |
| 501-0 | MIDFIRST BANK | | 02/14/2024 | 2033589 | $1,539.44 | $0.00 | $1,539.44 | 02/22/2024 |
| | | | | | | | | Payment for 1/2024 |
| 501-0 | MIDFIRST BANK | | 02/14/2024 | 2033589 | $1,539.44 | $0.00 | $1,539.44 | 02/22/2024 |
| | | | | | | | | Payment for 2/2024 |
| 501-0 | MIDFIRST BANK | | 12/19/2023 | 2031769 | $1,539.44 | $0.00 | $1,539.44 | 12/29/2023 |
| | | | | | | | | Payment for 12/2023 |
| 501-0 | MIDFIRST BANK | | 11/15/2023 | 2030814 | $1,539.44 | $0.00 | $1,539.44 | 11/22/2023 |
| | | | | | | | | Payment for 11/2023 |
| 501-0 | MIDFIRST BANK | | 10/18/2023 | 2029862 | $1,539.44 | $0.00 | $1,539.44 | 11/06/2023 |
| | | | | | | | | Payment for 10/2023 |
| 501-0 | MIDFIRST BANK | | 09/19/2023 | 2028873 | $1,539.44 | $0.00 | $1,539.44 | 10/10/2023 |
| | | | | | | | | Payment for 9/2023 |
| 501-0 | MIDFIRST BANK | | 08/09/2023 | 2027855 | $1,567.30 | $0.00 | $1,567.30 | 08/31/2023 |
| | | | | | | | | Payment for 8/2023 |
| 501-0 | MIDFIRST BANK | | 07/11/2023 | 2026880 | $1,567.30 | $0.00 | $1,567.30 | 07/26/2023 |
| | | | | | | | | Payment for 7/2023 |
| 501-0 | MIDFIRST BANK | | 06/13/2023 | 2025963 | $1,567.30 | $0.00 | $1,567.30 | 07/24/2023 |
| | | | | | | | | Payment for 6/2023 |
| 501-0 | MIDFIRST BANK | | 05/16/2023 | 2025014 | $1,567.30 | $0.00 | $1,567.30 | 06/21/2023 |
| | | | | | | | | Payment for 5/2023 |
| 501-0 | MIDFIRST BANK | | 04/18/2023 | 2023996 | $1,567.30 | $0.00 | $1,567.30 | 05/02/2023 |
| | | | | | | | | Payment for 4/2023 |
| 501-0 | MIDFIRST BANK | | 03/15/2023 | 2022978 | $1,567.30 | $0.00 | $1,567.30 | 04/06/2023 |
| | | | | | | | | Payment for 3/2023 |
| 501-0 | MIDFIRST BANK | | 02/15/2023 | 2021969 | $1,567.30 | $0.00 | $1,567.30 | 03/17/2023 |
| | | | | | | | | Payment for 2/2023 |
| 501-0 | MIDFIRST BANK | | 01/18/2023 | 2020963 | $1,567.30 | $0.00 | $1,567.30 | 03/13/2023 |
| | | | | | | | | Payment for 1/2023 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total DisbDescrp | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 501-0 | MIDFIRST BANK | | 12/13/2022 | 2019969 | $1,567.30 | $0.00 | $1,567.30 | 12/22/2022 |
| | | | | | | | Payment for 12/2022 | |
| 501-0 | MIDFIRST BANK | | 11/16/2022 | 2019015 | $1,567.30 | $0.00 | $1,567.30 | 12/08/2022 |
| | | | | | | | Payment for 11/2022 | |
| 501-0 | MIDFIRST BANK | | 10/18/2022 | 2017969 | $1,567.30 | $0.00 | $1,567.30 | 10/27/2022 |
| | | | | | | | Payment for 10/2022 | |
| 501-0 | MIDFIRST BANK | | 09/13/2022 | 2016921 | $1,567.30 | $0.00 | $1,567.30 | 09/22/2022 |
| | | | | | | | Payment for 9/2022 | |
| 501-0 | MIDFIRST BANK | | 08/17/2022 | 2015893 | $1,519.73 | $0.00 | $1,519.73 | 08/25/2022 |
| | | | | | | | Payment for 8/2022 | |
| 501-0 | MIDFIRST BANK | | 07/13/2022 | 2014832 | $1,519.73 | $0.00 | $1,519.73 | 07/25/2022 |
| | | | | | | | Payment for 7/2022 | |
| 501-0 | MIDFIRST BANK | | 06/14/2022 | 2013871 | $1,519.73 | $0.00 | $1,519.73 | 06/27/2022 |
| | | | | | | | Payment for 6/2022 | |
| 501-0 | MIDFIRST BANK | | 05/17/2022 | 2012829 | $1,519.73 | $0.00 | $1,519.73 | 05/26/2022 |
| | | | | | | | Payment for 5/2022 | |
| 501-0 | MIDFIRST BANK | | 04/12/2022 | 2011757 | $1,519.73 | $0.00 | $1,519.73 | 04/25/2022 |
| | | | | | | | Payment for 4/2022 | |
| 501-0 | MIDFIRST BANK | | 03/16/2022 | 2010740 | $1,519.73 | $0.00 | $1,519.73 | 03/24/2022 |
| | | | | | | | Payment for 3/2022 | |
| 501-0 | MIDFIRST BANK | | 02/16/2022 | 2009762 | $1,519.73 | $0.00 | $1,519.73 | 03/02/2022 |
| | | | | | | | Payment for 2/2022 | |
| 501-0 | MIDFIRST BANK | | 01/19/2022 | 2008776 | $1,519.73 | $0.00 | $1,519.73 | 02/01/2022 |
| | | | | | | | Payment for 1/2022 | |
| 501-0 | MIDFIRST BANK | | 12/15/2021 | 2007772 | $1,519.73 | $0.00 | $1,519.73 | 12/23/2021 |
| | | | | | | | Payment for 12/2021 | |
| 501-0 | MIDFIRST BANK | | 11/16/2021 | 2006747 | $1,519.73 | $0.00 | $1,519.73 | 11/24/2021 |
| | | | | | | | Payment for 10/2021 | |
| 501-0 | MIDFIRST BANK | | 11/16/2021 | 2006747 | $1,519.73 | $0.00 | $1,519.73 | 11/24/2021 |
| | | | | | | | Payment for 11/2021 | |
| 501-0 | MIDFIRST BANK | | 10/14/2021 | 2005714 | $1,519.73 | $0.00 | $1,519.73 | 10/20/2021 |
| | | | | | | | Payment for 9/2021 | |
| 501-0 | MIDFIRST BANK | | 09/14/2021 | 2004673 | $1,523.90 | $0.00 | $1,523.90 | 09/22/2021 |
| | | | | | | | Payment for 8/2021 | |
| 501-0 | MIDFIRST BANK | | 08/18/2021 | 2003661 | $1,523.90 | $0.00 | $1,523.90 | 09/01/2021 |
| | | | | | | | Payment for 6/2021 | |
| 501-0 | MIDFIRST BANK | | 08/18/2021 | 2003661 | $1,523.90 | $0.00 | $1,523.90 | 09/01/2021 |
| | | | | | | | Payment for 7/2021 | |
| 501-0 | MIDFIRST BANK | | 07/14/2021 | 2002597 | $1,523.90 | $0.00 | $1,523.90 | 07/30/2021 |
| | | | | | | | Payment for 5/2021 | |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 501-0 | MIDFIRST BANK | | 06/16/2021 | 2001620 | $1,523.90 | $0.00 | $1,523.90 | 06/23/2021 |
| | | | | | | Payment for 4/2021 | | |
| 501-0 | MIDFIRST BANK | | 05/18/2021 | 2000605 | $1,523.90 | $0.00 | $1,523.90 | 06/07/2021 |
| | | | | | | Payment for 3/2021 | | |
| 501-0 | MIDFIRST BANK | | 04/15/2021 | 1229231 | $1,523.90 | $0.00 | $1,523.90 | 04/22/2021 |
| | | | | | | Payment for 2/2021 | | |
| 501-0 | MIDFIRST BANK | | 03/17/2021 | 1228209 | $1,523.90 | $0.00 | $1,523.90 | 03/25/2021 |
| | | | | | | Payment for 1/2021 | | |
| 501-0 | MIDFIRST BANK | | 02/17/2021 | 1227201 | $1,523.90 | $0.00 | $1,523.90 | 02/25/2021 |
| | | | | | | Payment for 12/2020 | | |
| 501-0 | MIDFIRST BANK | | 01/19/2021 | 1226175 | $1,523.90 | $0.00 | $1,523.90 | 02/05/2021 |
| | | | | | | Payment for 11/2020 | | |

Sub-totals: $92,902.10  $0.00  $92,902.10

Grand Total: $92,902.10  $0.00

# Disbursements for Claim

Case: 20-02507    WALTER E. ALEXANDER, II

**MIDFIRST BANK**
BANKRUPTCY DEPARTMENT
999 NW GRAND BOULEVARD,
OKLAHOMA CITY, OK   73

Sequence: 24
Modify:
Filed Date: 1/6/2021  12:00:00AM
Hold Code:

Acct No: 8183/PRE ARREARS/613 RICH

|  |  | Debt: | $18,674.30 | Interest Paid: | $0.00 |
|---|---|---|---|---|---|
| Amt Sched: | $188,603.31 |  |  | Accrued Int: | $0.00 |
| Amt Due: | $0.00 | Paid: | $18,674.30 | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest / DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| **5200** | **MIDFIRST BANK** | | | | | | | |
| 520-0 | MIDFIRST BANK | | 07/22/2025 | 2049674 | $58.02 | $0.00 | $58.02 | 07/31/2025 |
| 520-0 | MIDFIRST BANK | | 06/17/2025 | 2048684 | $1,223.61 | $0.00 | $1,223.61 | 06/26/2025 |
| 520-0 | MIDFIRST BANK | | 05/14/2025 | 2047719 | $252.58 | $0.00 | $252.58 | 05/22/2025 |
| 520-0 | MIDFIRST BANK | | 04/14/2025 | 2046781 | $281.39 | $0.00 | $281.39 | 04/21/2025 |
| 520-0 | MIDFIRST BANK | | 03/18/2025 | 2045890 | $258.97 | $0.00 | $258.97 | 03/27/2025 |
| 520-0 | MIDFIRST BANK | | 02/19/2025 | 2044946 | $246.18 | $0.00 | $246.18 | 02/27/2025 |
| 520-0 | MIDFIRST BANK | | 01/15/2025 | 2043997 | $246.18 | $0.00 | $246.18 | 02/04/2025 |
| 520-0 | MIDFIRST BANK | | 12/17/2024 | 2043042 | $246.18 | $0.00 | $246.18 | 12/26/2024 |
| 520-0 | MIDFIRST BANK | | 11/19/2024 | 2042118 | $246.19 | $0.00 | $246.19 | 11/29/2024 |
| 520-0 | MIDFIRST BANK | | 10/23/2024 | 2041130 | $1,110.02 | $0.00 | $1,110.02 | 10/30/2024 |
| 520-0 | MIDFIRST BANK | | 09/17/2024 | 2040134 | $776.06 | $0.00 | $776.06 | 09/25/2024 |
| 520-0 | MIDFIRST BANK | | 06/18/2024 | 2037442 | $264.93 | $0.00 | $264.93 | 06/27/2024 |
| 520-0 | MIDFIRST BANK | | 05/22/2024 | 2036521 | $1,120.13 | $0.00 | $1,120.13 | 06/03/2024 |
| 520-0 | MIDFIRST BANK | | 04/17/2024 | 2035518 | $264.94 | $0.00 | $264.94 | 04/24/2024 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| 520-0 | MIDFIRST BANK | | 03/14/2024 | 2034552 | $264.94 | $0.00 | $264.94 | 03/29/2024 |
| 520-0 | MIDFIRST BANK | | 02/14/2024 | 2033590 | $529.87 | $0.00 | $529.87 | 02/22/2024 |
| 520-0 | MIDFIRST BANK | | 12/19/2023 | 2031770 | $1,120.13 | $0.00 | $1,120.13 | 12/27/2023 |
| 520-0 | MIDFIRST BANK | | 11/15/2023 | 2030815 | $264.94 | $0.00 | $264.94 | 11/22/2023 |
| 520-0 | MIDFIRST BANK | | 10/18/2023 | 2029863 | $309.55 | $0.00 | $309.55 | 11/06/2023 |
| 520-0 | MIDFIRST BANK | | 09/19/2023 | 2028875 | $1,253.99 | $0.00 | $1,253.99 | 10/10/2023 |
| 520-0 | MIDFIRST BANK | | 08/09/2023 | 2027857 | $328.01 | $0.00 | $328.01 | 08/31/2023 |
| 520-0 | MIDFIRST BANK | | 07/11/2023 | 2026882 | $328.02 | $0.00 | $328.02 | 07/26/2023 |
| 520-0 | MIDFIRST BANK | | 06/13/2023 | 2025965 | $292.69 | $0.00 | $292.69 | 07/24/2023 |
| 520-0 | MIDFIRST BANK | | 05/16/2023 | 2025016 | $257.37 | $0.00 | $257.37 | 06/21/2023 |
| 520-0 | MIDFIRST BANK | | 04/18/2023 | 2023997 | $257.37 | $0.00 | $257.37 | 05/02/2023 |
| 520-0 | MIDFIRST BANK | | 03/15/2023 | 2022979 | $257.36 | $0.00 | $257.36 | 04/06/2023 |
| 520-0 | MIDFIRST BANK | | 02/15/2023 | 2021971 | $257.37 | $0.00 | $257.37 | 03/17/2023 |
| 520-0 | MIDFIRST BANK | | 01/18/2023 | 2020965 | $1,121.86 | $0.00 | $1,121.86 | 03/13/2023 |
| 520-0 | MIDFIRST BANK | | 12/13/2022 | 2019970 | $257.37 | $0.00 | $257.37 | 12/22/2022 |
| 520-0 | MIDFIRST BANK | | 11/16/2022 | 2019017 | $257.36 | $0.00 | $257.36 | 12/08/2022 |
| 520-0 | MIDFIRST BANK | | 10/18/2022 | 2017971 | $304.78 | $0.00 | $304.78 | 10/27/2022 |
| 520-0 | MIDFIRST BANK | | 09/13/2022 | 2016923 | $352.19 | $0.00 | $352.19 | 09/22/2022 |
| 520-0 | MIDFIRST BANK | | 08/17/2022 | 2015895 | $1,253.48 | $0.00 | $1,253.48 | 08/25/2022 |
| 520-0 | MIDFIRST BANK | | 07/13/2022 | 2014834 | $298.06 | $0.00 | $298.06 | 07/25/2022 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 520-0 | MIDFIRST BANK | | 06/14/2022 | 2013873 | $236.14 | $0.00 | $236.14 | 06/27/2022 |
| 520-0 | MIDFIRST BANK | | 05/17/2022 | 2012831 | $236.14 | $0.00 | $236.14 | 05/26/2022 |
| 520-0 | MIDFIRST BANK | | 04/12/2022 | 2011759 | $236.15 | $0.00 | $236.15 | 04/25/2022 |
| 520-0 | MIDFIRST BANK | | 03/16/2022 | 2010741 | $236.13 | $0.00 | $236.13 | 03/24/2022 |
| 520-0 | MIDFIRST BANK | | 02/16/2022 | 2009763 | $236.14 | $0.00 | $236.14 | 03/02/2022 |
| 520-0 | MIDFIRST BANK | | 01/19/2022 | 2008777 | $1,067.68 | $0.00 | $1,067.68 | 02/01/2022 |
| 520-0 | MIDFIRST BANK | | 12/15/2021 | 2007773 | $236.14 | $0.00 | $236.14 | 12/23/2021 |
| 520-0 | MIDFIRST BANK | | 11/16/2021 | 2006748 | $27.69 | $0.00 | $27.69 | 11/24/2021 |

Sub-totals: $18,674.30 $0.00 $18,674.30

Grand Total: $18,674.30 $0.00