United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-02507-HWV |
| Walter E. Alexander, II | Chapter 13 |
| Melanie M. Alexander | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 3 |
| Date Rcvd: Dec 03, 2025 | Form ID: 3180W | Total Noticed: 44 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Walter E. Alexander, II, Melanie M. Alexander, 613 Richfield Drive, Lebanon, PA 17042-8891 |
| 5353428 | + | Aes Members 1st FCU, Attn: Bankruptcy, PO Box 40, Mechanicsburg, PA 17055-0040 |
| 5353437 | + | Complete Collection Services, 1007 N Federal NHY #280, Fort Lauderdale, FL 33304-1422 |
| 5353439 | | FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 5378025 | + | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 5353442 | + | Lancaster Cancer Center, 1858 Charter Ln #202, Lancaster, PA 17601-6743 |
| 5353443 | | Lancaster Emergency Associates, Po Box 417113, Boston, MA 02241-7113 |
| 5353444 | + | Lancaster General Health, 1701 Cornwall Rd., Lebanon, PA 17042-7408 |
| 5353445 | + | Lebanon Imaging Assoc, 2 Meridian Blvd, 3rd Floor, Reading, PA 19610-3202 |
| 5353446 | + | Lebanon Internal Medicine, 755 Norman Drive, Lebanon, PA 17042-3704 |
| 5353450 | + | MRI Group, 730 Eden Rd, Lancaster, PA 17601-4725 |
| 5353453 | | Neurology and Stroke Associates, 640 E> Oregon Rd, Lititz, PA 17543 |
| 5353456 | | Radiologybill, Po Box 786, Richmond, IN 47375-0786 |
| 5353457 | + | Rosen Legal, LLC, 303 Wyman Street, Suite 300, Waltham, MA 02451-1255 |
| 5353461 | | WellSpan Health, PO Box 742641, Cincinnati, OH 45274-2641 |
| 5353462 | + | West Virginia University, 62 Morrill Way, Morgantown, WV 26505-1130 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Dec 03 2025 23:36:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5353427 | + | Email/Text: amscbankruptcy@adt.com | Dec 03 2025 18:43:00 | ADT Security Systems, 3190 S. Vaughn Way, Aurora, CO 80014-3541 |
| 5353429 | | EDI: GMACFS.COM | Dec 03 2025 23:36:00 | Ally Financial, Attn: Bankruptcy, PO Box 9001951, Louisville, KY 40290-1951 |
| 5382813 | | EDI: GMACFS.COM | Dec 03 2025 23:36:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 5353430 | ^ | MEBN | Dec 03 2025 18:37:39 | Apex Asset Management, 2501 Oregon Pike, Suite 201, Lancaster, PA 17601-4890 |
| 5353432 | | Email/Text: bankruptcy@bbandt.com | Dec 03 2025 18:43:00 | BB&T, Attn: Bankruptcy, PO Box 1847, Wilson, NC 27894 |
| 5353433 | ^ | MEBN | Dec 03 2025 18:37:39 | CBCS, P.O. Box 2724, Columbus, OH 43216-2724 |
| 5353434 | + | Email/Text: bankruptcynotices@cbecompanies.com | Dec 03 2025 18:43:00 | CBE Group, Inc., 1309 Technology Parkway, Cedar Falls, IA 50613-6976 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5353438 | | Email/Text: BKY@conserve-arm.com | Dec 03 2025 18:43:00 | Continental Service Group, 200 CrossKeys Office Park, Fairport, NY 14450 |
| 5353435 | + | EDI: WFNNB.COM | Dec 03 2025 23:36:00 | Comenity Bank, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5353436 | + | Email/Text: dylan.succa@commercialacceptance.net | Dec 03 2025 18:43:00 | Commercial Acceptance Company, 2300 Gettysburg Road, Suite 102, Camp Hill, PA 17011-7303 |
| 5353440 | + | Email/Text: info@financesysteminc.com | Dec 03 2025 18:43:00 | Finance System Inc, Attn: Bankruptcy, 5703 National Rd. East, PO Box 786, Richmond, IN 47374-2619 |
| 5353441 | + | EDI: CAPITALONE.COM | Dec 03 2025 23:36:00 | Kohls/Capital One, Kohls Credit, P.O. Box 3043, Milwaukee, WI 53201-3043 |
| 5353447 | | Email/Text: bk@lendmarkfinancial.com | Dec 03 2025 18:43:00 | Lendmark Financial Services, 1735 North Brown Road, Suite 300, Lawrenceville, GA 30043 |
| 5378919 | | Email/Text: bk@lendmarkfinancial.com | Dec 03 2025 18:43:00 | Lendmark Financial Services LLC, Attn: Bankruptcy Dept., 2118 Usher Street NW, Covington, Georgia 30014 |
| 5371852 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 03 2025 18:50:27 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5353448 | + | Email/Text: unger@members1st.org | Dec 03 2025 18:43:00 | Members First Federal Credit Union, P.O. Box 40, Mechanicsburg, PA 17055-0040 |
| 5383692 | + | EDI: AISMIDFIRST | Dec 03 2025 23:36:00 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 5353449 | ^ | MEBN | Dec 03 2025 18:37:50 | Midland Mortgage, P.O. Box 268806, Oklahoma City, OK 73126-8806 |
| 5353451 | | Email/Text: Bankruptcies@nragroup.com | Dec 03 2025 18:43:00 | National Recovery Agency, P.O. Box 67015, Harrisburg, PA 17106-7015 |
| 5353452 | | Email/PDF: Bankruptcy_Prod@mohela.com | Dec 03 2025 18:50:26 | Navient, P.O. Box 9500, Wilkes Barre, PA 18773-9500 |
| 5385831 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Dec 03 2025 18:43:00 | Nissan Motor Acceptance Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 5353454 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Dec 03 2025 18:43:00 | Nissan Motor Acceptance Corporation, P.O. Box 740849, Cincinnati, OH 45274-0849 |
| 5382439 | | EDI: PRA.COM | Dec 03 2025 23:36:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5353458 | | Email/Text: credit@snhu.edu | Dec 03 2025 18:43:00 | Southern New Hampshire University, 2500 N. River Rd., Hooksett, NH 03106 |
| 5353761 | + | EDI: PRA.COM | Dec 03 2025 23:36:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5353459 | + | EDI: SYNC | Dec 03 2025 23:36:00 | Synchrony Bank/Amazon, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 5353460 | + | EDI: SYNC | Dec 03 2025 23:36:00 | Synchrony Bank/Lowes, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |

TOTAL: 28

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID**     **Bypass Reason**     **Name and Address**

| | | |
|---|---|---|
| 5385832 | *+ | Nissan Motor Acceptance Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 5393892 | *+ | Nissan Motor Acceptance Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 5353431 | ##+ | Ashford University, 8620 Spectrum Center Blvd., San Diego, CA 92123-1427 |
| 5353455 | ## | Peerless Credit Services, Inc., P.O. Box 518, Middletown, PA 17057-0518 |

TOTAL: 0 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2025      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MidFirst Bank bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Janet M. Spears | on behalf of Creditor MidFirst Bank bkecfinbox@aldridgepite.com JSpears@ecf.courtdrive.com |
| Leah M Stump | on behalf of Debtor 1 Walter E. Alexander II lstump@shepleylaw.com |
| Leah M Stump | on behalf of Debtor 2 Melanie M. Alexander lstump@shepleylaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: Walter E. Alexander II (First Name, Middle Name, Last Name) | Social Security number or ITIN: xxx–xx–8556 | EIN: __–_____ |
| Debtor 2 (Spouse, if filing): Melanie M. Alexander (First Name, Middle Name, Last Name) | Social Security number or ITIN: xxx–xx–9369 | EIN: __–_____ |
| United States Bankruptcy Court: Middle District of Pennsylvania | | |
| Case number: 1:20–bk–02507–HWV | | |

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Walter E. Alexander II
aka Walter E. Alexander

Melanie M. Alexander

12/3/25

**By the court:**

*Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W  **Chapter 13 Discharge**  page 2