| Fill in this information to identify the case: |
|---|
| Debtor 1    Walter E. Alexander |
| Debtor 2    Melanie M. Alexander<br>(Spouse, if filing) |
| United States Bankruptcy Court for the: <u>Middle</u> District of <u>PA</u> |
| Case number   <u>20-02507 HWV</u> |

Form 4100R

# Response to Notice of Final Cure Payment     10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of Creditor:** MIDFIRST BANK     **Court claim no.** (if known): 11

**Last 4 digits** of any number you use to identify the debtor's account: 8183
**Property address:**
    613 Richfield Drive
    Lebanon, PA 17042

### Part 2: Prepetition Default Payments

*Check one:*

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:     $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

[X] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:     01 / 01 / 2026

[ ] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:
a. Total postpetition ongoing payments due:     (a)    $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:     **+** (b)    $ _____

c. **Total.** Add lines a and b.     (c)    $ _____

Creditor asserts that the debtor(s) are contractually obligated for
the postpetition payment(s) that first became due on:

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

x /s/ *Matthew Fissel*　　　　　　　　　　　Date　　12/16/2025
Matthew Fissel
16 Dec 2025, 13:46:36, EST

　　　KML Law Group, P.C.
　　　701 Market Street, Suite 5000
　　　Philadelphia, PA 16106
　　　215-627-1322
　　　bkgroup@kmllawgroup.com
　　　Attorney for Creditor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Walter E. Alexander II aka Walter E. Alexander<br>Melanie M. Alexander<br>                      Debtor(s)<br><br>MIDFIRST BANK<br>                      Movant<br>    vs.<br><br>Walter E. Alexander II aka Walter E. Alexander<br>Melanie M. Alexander<br>                      Debtor(s)<br><br>Jack N. Zaharopoulos,<br>                      Trustee | BK NO. 20-02507 HWV<br><br>Chapter 13<br><br>Related to Claim No. 11 |

**CERTIFICATE OF SERVICE
RESPONSE TO NOTICE OF FINAL CURE PAYMENT**

I, Matthew Fissel of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on December 16, 2025, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

Debtor(s)
Walter E. Alexander II aka Walter E. Alexander
613 Richfield Drive
Lebanon, PA 17042

Melanie M. Alexander
613 Richfield Drive
Lebanon, PA 17042

Attorney for Debtor(s) (via ECF)
Leah M. Stump
Harold Shepley and Associates LLC
3115 N. Front Street
Harrisburg, PA 17110

Trustee (via ECF)
Jack N. Zaharopoulos
8125 Adams Drive
Hummelstown, PA 17036

Method of Service:  electronic means or first-class mail

Dated: December 16, 2025

                                                                        **/s/ Matthew Fissel**
                                                                         Matthew Fissel
                                                                         Attorney I.D. 314567
                                                                         KML Law Group, P.C.
                                                                         BNY Mellon Independence Center
                                                                         701 Market Street, Suite 5000
                                                                         Philadelphia, PA 19106
                                                                         215-627-1322
                                                                         mfissel@kmllawgroup.com